## LAW OFFICES OF BETH FARBER

80 PINE STREET 33RD FL
NEW YORK, NY 10005
TEL: (212) 785-4275
FAX: (212) 785-4075
FARBER@BETHFARBERLAW.COM

May 31, 2011

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/3/11
```

The Honorable Barbara S. Jones
United States District Court Judge
For the Southern District of New York
500 Pearl Street
New York, New York 10007

Re.:   *United States v. Maurice Wilkerson, 11-CR-067*

Dear Judge Jones,

I represent the defendant in the above captioned case, Maurice Wilkerson. The purpose of this letter is to inform the Court that no pretrial motions will be filed in this case and to ask for an adjournment of the status conference scheduled for June 2, 2011 at 1 pm.

At the prior conference in this case, the Court requested that I notify the Court if I was not going to file pretrial motions. I have determined that I will not be filing any pretrial motions on behalf of Mr. Wilkerson.

The parties are presently in plea negotiations and the defense respectfully requests a 30 day adjournment of the status conference. It is my understanding that the AUSA assigned to this case, Adam Fee, will consent to an adjournment and will be requesting that the time be excluded under the Speedy Trial Act to which the defense will consent.

Thank you very much for your attention to this matter.

Sincerely yours,

Beth M. Farber

cc: Adam Fee, AUSA

*application granted.*
*The June 2, 2011*
*Status Conference is*
*adjourned until July 12, 2011*
*at 11:30 a.m. in courtroom 17c.*
*So ordered: Barbara S. J.*
*6/1/11          U.S.D.J.*