USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/18/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :

    - v. -                          :    ORDER

MAURICE WILKERSON,               :    11 Cr. 67 (BSJ)

                Defendant.     :

                               :
- - - - - - - - - - - - - - - - - - - - x

       WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on August 26, 2011;

       WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

       WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

       IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         January 18, 2012

                                         _____
                                         THE HONORABLE BARBARA S. JONES
                                         UNITED STATES DISTRICT JUDGE